PER CURIAM.

(No. 75-CC-620— )

HARZA ENGINEERING CO., Claimant, *vs.* STATE OF ILLINOIS, CAPITAL DEVELOPMENT BOARD, Respondent.

*Opinion filed June 2, 1975.*

HARZA ENGINEERING Co., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.